1 | BENJAMIN B. WAGNER
United States Attorney
2 | LAUREL J. MONTOYA
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099
5 |

6 | Attorneys for Plaintiff
United States of America
7 |

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,

CASE NO.  1:99-MJ-02177

11 | Plaintiff,

12 | v.

13 | ISMAEL ORTIZ,

GOVERNMENT'S REQUEST TO DISMISS
COMPLAINT AND  ORDER [FED.R.CRIM.PROC.
48(A)]

14 | Defendant.

15 |

16 |

17 | Comes now the United States, by and through its attorneys of record, BENJAMIN B. WAGNER,

18 | United States Attorney, and LAUREL J. MONTOYA, Assistant United States Attorney, and requests

19 | leave of the Court to dismiss the Complaint as to the above-named defendant and recall the arrest

20 | warrant as more than five (5) years has elapsed since the offense was committed.

21 | Dated:  August 25, 2014

BENJAMIN B. WAGNER
United States Attorney

22 |

23 | By:   /s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
24 | Assistant United States Attorney

25 |

IT IS SO ORDERED.

26 |

27 | Dated:   **August 26, 2014**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

28 |